IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MARY JANE L. POUNTNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 20-04188-CV-C-DPR-SSA |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Before the Court is Plaintiff's Application for Award of Attorney's Fees and Memorandum in Support. (Docs. 22, 23.) Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, the parties agree Plaintiff should be awarded attorney fees in the amount of $4,950.00. (Docs. 24.) Upon review, the Court finds that Plaintiff is entitled to an award of attorney fees under the EAJA, and the amount requested is reasonable. Also, per Plaintiff's Affidavit (doc. 23-4), the award may be made payable to Karen Kraus Bill. Accordingly, it is

**ORDERED**, Plaintiff's Motion for Attorney Fees (doc. 22) is **GRANTED** per the parties' agreement; and it is further

**ORDERED**, Plaintiff is awarded $4,950.00 in attorney fees to be paid by the Social Security Administration, subject to offset to satisfy any pre-existing debt Plaintiff may owe to the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010).

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: November 12, 2021